# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Sotax Corp | 12/15/2022 | 266597 | Check | $ 37,690.02 |
| Akorn Operating Company, LLC | Sotax Corp | 2/1/2023 | 267139 | Check | $ 4,146.00 |
| | | | | | $ 41,836.02 |